UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Anthony R. Mautone |
| v. | : | Case No. 09-9140 |
| CARLOS ROBERTO TREJO | : | ORDER FOR DISMISSAL |

Under Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, Christopher J. Christie, the United States Attorney for the District of New Jersey, hereby dismisses Complaint No. 1919061 against defendant CARLOS ROBERTO TREJO, which were filed on June 24, 2009, charging him with:

Disorderly Conduct

in violation of the Title 36 of the Code of Federal Regulations, for the reason that prosecution of defendant CARLOS ROBERTO TREJO is being deferred under the terms of a pretrial diversion agreement.

This dismissal is without prejudice, and is pending the successful completion by defendant CARLOS ROBERTO TREJO of the Pretrial Diversion Program. If the Pretrial Diversion Program is not successfully completed, all charges will be reinstated.

_____
RALPH J. MARRA, JR.
Acting United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal.

_____
HON. ANTHONY R. MAUTONE
United States Magistrate Judge

Dated: 8/12/2009.